**COM.**

v.

**SIDERIO, T.**

**1124 EDA 2015**

Superior Court of Pennsylvania.

09/11/2017

CP–51–CR–0014283–2013 (Philadelphia)

Vacated/Remanded

**COM.**

v.

**CRESPO, R.**

**575 EDA 2016**

Superior Court of Pennsylvania.

09/11/2017

CP–51–CR–0007959–2013 (Philadelphia)

Affirmed

**COM.**

v.

**THOMPSON, R.**

**1542 EDA 2016**

Superior Court of Pennsylvania.

09/11/2017

CP–51–CR–0009852–2013 (Philadelphia)

Affirmed

**COM.**

v.

**PEREZ, T.**

**1638 EDA 2016**

Superior Court of Pennsylvania.

09/11/2017

CP–51–CR–0012874–2009 (Philadelphia)

Affirmed

**COM.**

v.

**JOHNSON, T.**

**1720 EDA 2016**

Superior Court of Pennsylvania.

09/11/2017

CP–51–CR–0001076–2015 (Philadelphia)

Affirmed